Susan St. .Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket 6:12-mj-0107-MJS |
| Plaintiff, | MOTION TO DISMISS; |
| v. | AND ORDER THEREON |
| ANDREW BANNING, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, after having received proof of a current and valid license, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice of citation number 1855158 a violation of 36 CFR. 4.2; CPC 14601.2(a) (driving on a suspended license).  Citation number 1855157, a violation of 36 CFR 4.21(c) (speeding) will be converted to a bailable offense and filed with the Central Violations Bureau.  Defendant will pay a total collateral of $125 to the Central Violations Bureau.

Dated: January 10, 2013                          NATIONAL PARK SERVICE


  /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, in case 6:12-mj-107-MJS, *United States v. Andrew Banning*,

IT IS HEREBY ORDERED:

1. Citation number 1855158 is dismissed, without prejudice, in the interest of justice;

2. Citation number 1855157 shall be converted to a bailable offense and filed with the Central Violations Bureau; and,

3. Defendant will pay a total collateral amount of $125.00 to the Central Violations Bureau on citation number 1855157.

IT IS SO ORDERED.

Dated:   January 10, 2013            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE